Raymond D. McElfish, Esq. (SBN: 224390)
Tyrone T. Toczauer, Esq. (SBN: 123307)
McELFISH LAW FIRM
1112 North Sherbourne Drive
West Hollywood, California 90069
TEL: (310) 659-4900
FAX: (310) 659-4926
Our File No.: LA28-111
Attorneys for Defendants, MARKET TRANSPORT, LTD.; KENNETH PAUL
BISHOP; and MARKET TRANSPORT SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WARNER, SHARLET MORRIS, | CASE NO.: |
| Plaintiffs, | PETITION FOR REMOVAL |
| VS. | [F.R.C.P. 7.1] |
| MARKET TRANSPORT SERVICES, MARKET TRANSPORT, LTD, KENNETH PAUL BISHOP, and DOES I through XX, Inclusive, | |
| Defendants. | |

Defendants, MARKET TRANSPORT, LTD; MARKET TRANSPORT

SERVICES; and KENNETH PAUL BISHOP hereby submit the following Notice

1

PETITION FOR REMOVAL

of Removal pursuant to 28 U.S.C. §1446(b):

1.      The instant pleading is made for the removal of the above-captioned action from the Superior Court of the State of California, County of Kern, to the United States District Court for the Eastern District of California.

2.      Plaintiffs, STEPHEN WARNER and SHARLET MORRIS, were and are citizens of the State of California, domiciled and residing in Live Oak, California at the time of the accident.

3.      Defendant, KENNETH PAUL BISHOP, was, and is, a citizen of the State of Oregon, domiciled and residing in Salem, Oregon at the time of the accident.

4.      Defendant, MARKET TRANSPORT, LTD., was, and is, a corporation, incorporated and existing under the laws of the State of Oregon, with its principle place of business in Portland, Oregon.

5.      Defendant, MARKET TRANSPORT SERVICES, was, and is, a corporation, incorporated and existing under the laws of the State of Oregon, with its principle place of business in Portland, Oregon.

6.      This action commenced by way of a Summons issued by the Superior Court of the State of California, County of Kern, pursuant to a Complaint filed with the clerk of that court on April 8, 2008.  The Complaint

PETITION FOR REMOVAL

states a single cause of action for wrongful death arising out of a motor vehicle/pedestrian collision that occurred on October 20, 2007 on the northbound 5 Freeway near Kettleman City in Kings County, California. The complaint seeks to recover damages in the form of funeral expenses and general damages, demonstrating damages will exceed $75,000.00. A copy of the Summons and Complaint is attached hereto as Exhibit 1.

7.    This petition for removal is made pursuant to the Court's original diversity jurisdiction contained in 28 U.S.C. sections 1332 and 1441(a). Section 1332(a) provides that: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between— (1) citizens of different States." Additionally 1332(c) provides that: "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending..." As there is complete diversity as between Plaintiffs and Defendants, and the amount in controversy is greater than $75,000.00, this case is within the original jurisdiction of the district courts, and should be

PETITION FOR REMOVAL

1  removed thereto.

2
3      8.     The choice of substantive law to be applied in Federal Court is

4  determined by the choice of law rules in the state in which they sit.  <u>Shafarman</u>

5
6  <u>v. Ryder Truck Rental</u>, 100 F.R.D. 454, 458 (S.D.N.Y.) citing <u>Erie Railroad</u>

7  <u>Company v. Tompkins</u>, 304 U.S. 64, 58 S.Ct. 817, 82 L.Ed. 1188 (1938).  In the

8
9  instant case, this Federal Court sitting in the Eastern District of California is

10 bound to follow California choice of law rules.  <u>Shafaman, Id, Klaxon Co. v.</u>

11 <u>Stentor Elec. Mfg. Co., Inc.</u>, 313 U.S. 487, 61 S.Ct. 1020, 85 L.Ed. 1477 (1941).

12
13     9.     Therefore, Defendants, KENNETH PAUL BISHOP; MARKET

14 TRANSPORT SERVICES; and MARKET TRANSPORT, LTD. request that this

15
16 matter be removed to the U.S. District Court, Eastern District.

17

18 Dated:  June 27, 2008                    MCELFISH LAW FIRM

19

20

21
                                         Raymond D. McElfish, Esq.
22                                       Tyrone T. Toczauer, Esq.
23                                       Attorney for Defendants, KENNETH
                                         PAUL BISHOP; MARKET
24                                       TRANSPORT, LTD.; and MARKET
25                                       TRANSPORT SERVICES

26

27

28

4

# EXHIBIT 1

# SUMMONS
## *(CITACION JUDICIAL)*

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MARKET TRANSPORT SERVICES, MARKET TRANSPORT, LTD.,
KENNETH PAUL BISHOP and DOES I through XX, inclusive

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
STEPHEN WARNER, SHARLET MORRIS.

ORIGINAL

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Kern County Superior Court
1415 Truxtun Avenue

Bakersfield, CA  93301

**CASE NUMBER:**
*(Número del Caso):*
S-1500-cv 263569 ffw

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kenneth B. Shepard                     916-487-7900     916-487-9291
SBN 062753
OFFUTT, SHEPARD AND HAVEN
Sacramento, California

ORIGINAL

| DATE:<br>*(Fecha)* | Clerk, by<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California

SUMMONS

Legal
Solutions

Code of Civil Procedure §§ 412.20, 465

1 | KENNETH B. SHEPARD
State Bar No. 062753
2 | OFFUTT, SHEPARD AND HAVEN
P.O. Box 255606
3 | Sacramento, CA 95865
(916) 487-7900
4 | (916) 487-9291 (fax)

5 | Attorneys for Plaintiffs
STEPHEN WERNER and
6 | SHARLET MORRIS

7

8

9      SUPERIOR COURT OF CALIFORNIA COUNTY OF KERN

10

11 | STEPHEN WARNER, SHARLET MORRIS,

12 |      Plaintiffs,

13 | vs.

14 | MARKET TRANSPORT SERVICES, MARKET
TRANSPORT, LTD, KENNETH PAUL
15 | BISHOP, and DOES I through XX,
inclusive,

16

17 |      Defendants.

ENDORSED
FILED
KERN COUNTY

APR 09 2008

TERRY McNALLY, CLERK
BY_____DEPUTY

S-1500-CV 263509 AEW

COMPLAINT

18

19      FIRST CAUSE OF ACTION

20      Plaintiffs allege:

21     1.  The true names or capacities, whether individual,

22 corporate, associate, or otherwise of defendants DOE I through

23 DOE XX, inclusive, are unknown to plaintiffs who therefore sue

24 said defendants by such fictitious names.  Plaintiffs will amend

25 this complaint to set forth their true names and capacities when

26 the same have been ascertained.  Plaintiffs are informed and

27 believe and thereon allege that each of the defendants designated

28 herein as a DOE, in addition to those specifically named, are

-1-

1  responsible in some manner for the events and happenings herein

2  referred to and thereby caused injury and damage to plaintiffs as

3  herein alleged.

4      2.   Plaintiffs are informed and believe and thereon allege

5  that at all times herein mentioned, each of the defendants was

6  the agent and the employee of each of the remaining defendants

7  and was at all times acting within the purpose and scope of said

8  agency and employment.

9      3. Plaintiffs are the surviving father and mother of

10  decedent ROBERT WERNER.

11     4.   At all times mentioned herein plaintiffs STEPHEN WERNER

12  and SHARLET MORRIS were the father and mother of ROBERT RAY

13  WERNER, decedent herein.

14     5.   At all times mentioned, defendant MARKET TRANSPORT

15  SERVICES/MARKET TRANSPORT, LTD, was the employer of KENNETH PAUL

16  BISHOP.

17     6.   Plaintiffs are informed, believe and allege that at all

18  times mentioned herein, defendants MARKET TRANSPORT SERVICES,

19  MARKET TRANSPORT, LTD and Does I through XX, and each of them

20  were the owners of a certain semi tractor-trailer truck bearing

21  Oregon license plate number YAFJ041 which was being therein

22  operated by defendant KENNETH PAUL BISHOP with the consent,

23  permission and knowledge of its said owners.

24     7.   At all times herein mentioned, northbound Interstate 5

25  north of State Route 46 near Los Hills Road were public highways

26  and roads in Kern County, State of California.

27     8.   On or about October 20, 2007 plaintiffs' decedent herein

28  was walking along the east embankment of northbound Interstate 5

-2-

1  in the County of Kern, State of California.  At said time and

2  place, defendants, and each of them did not wrongfully,

3  negligently, recklessly, carelessly, own, manage maintain,

4  inspect, direct, supervise and operate said semi tractor trailer

5  truck described above generally in a northerly direction along

6  northbound Interstate 5 north of State Route 46 near Los Hills

7  Road , so as to cause said semi  truck to strike plaintiffs'

8  decedent.

9       9.  As a direct result of the wrongful conduct, negligence,

10  reckless and careless conduct of defendants, and each of them

11  plaintiffs' decedent died.

12       10.  Immediately prior to his death, decedent was an adult

13  person, age 37, in good physical and mental condition and was a

14  faithful and dutiful son of STEPHEN WERNER and SHARLET MORRIS.

15       11.  As a direct and proximate result of the wrongful

16  negligent, reckless and careless conduct of defendants and each

17  of them, and of the death of decedent, plaintiffs have been

18  deprived of the society, comfort, protection, service and support

19  of said decedent and have thereby sustained pecuniary loss in a

20  sum greatly in excess of the minimum jurisdiction of this court.

21       12.  As a further proximate result of the wrongful,

22  negligent, reckless and careless conduct of defendants, and each

23  of them, plaintiffs have incurred expenses for funeral and burial

24  of said decedent, the exact value of which is presently unknown,

25  and plaintiffs will amend this pleading to set forth the true

26  amount when it has been ascertained.

27       WHEREFORE, plaintiffs pray judgment against defendants, and

28  each of them as more particularly hereinafter set forth:

-3-

1          1.   For general damages in a sum greatly in excess of

2    the minimum jurisdiction of this court;

3          2.   For funeral and burial expenses in an amount to be

4    ascertained;

5          3.   For interest on all economic damages in the legal

6    amount from October 20, 2007 to date of judgment;

7          4.   For pecuniary loss greatly in excess of the

8    jurisdiction of this court;

9          5.   For costs of suit incurred herein; and,

10          6.   For such other and further relief as the court may

11   deem proper.

12        DATED: April 7 , 2008.

13

14                                    OFFUTT, SHEPARD AND HAVEN

15                         BY:   _____
                                      Kenneth B. Shepard
16                                    Attorneys for Plaintiffs
                                      STEPHEN WERNER and SHARLET MORRIS
17

18

19

20

21

22

23

24

25

26

27

28

-4-

**FedEx**
Express

US Airbill

FedEx Tracking Number  8630 5016 3476   0215

Sender's Co

**1 From** *Please print and press hard.*

Date ___ 6/27/08

Sender's FedEx Account Number  3250-9536-9

Sender's Name  Yvone Tocaier

Phone ( 310 ) 659-4900

Company  MCELFISH & ASSOCIATES

Address  1112 N SHERBOURNE DR

Dept./Floor/Suite/Room

City  WEST HOLLYWOOD    State  CA    ZIP  90069

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

LA·28-111

**3 To**

Recipient's Name  U.S. District Court    Phone (      )

Company  Eastern District of California

Recipient's Address  2500 Tulare Street

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Dept./Floor/Suite/Room

Address

To request a package be held at a specific FedEx location, print FedEx address here.

City  Fresno    State  CA    ZIP  93721

0370093237

0370093237

**Store your addresses at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need

**4a Express Package Service**    *Packages up to 150*

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☒ FedEx Standard Overnight
Next business afternoon.*
Saturday Delivery NOT available.

☐ FedEx First Overnight
Earliest next business morning delivery to select locations.*
Saturday Delivery NOT available.

☐ FedEx 2Day
Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx Express Saver
Third business day.*
Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate.

* To most loca

**4b Express Freight Service**    *Packages over 150*

☐ FedEx 1Day Freight*
Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx 2Day Freight
Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.

☐ FedEx 3Day Freight
Third business day.**
Saturday Delivery NOT avail

* Call for Confirmation:

** To most loca

**5 Packaging**

☒ FedEx Envelope*

☐ FedEx Pak*
Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.

☐ FedEx Box

☐ FedEx Tube

☐ Ot

* Declared value limit

**6 Special Handling**    Include FedEx address in Section 3.

☐ SATURDAY Delivery
NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.

☐ HOLD Weekday
at FedEx Location
NOT Available for FedEx First Overnight.

☐ HOLD Saturday
at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select location

Does this shipment contain dangerous goods?
One box must be checked.

☒ No

☐ Yes
As per attached Shipper's Declaration.

☐ Yes
Shipper's Declaration not required.

☐ Dry Ice
Dry ice, 9, UN 1845 ___ x ___

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

☐ Cargo Aircraft Only

**7 Payment**  *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☒ Sender
Acct. No. in Section 1 will be billed.

☐ Recipient

☐ Third Party

☐ Credit Card

☐ Cash/Ch

FedEx Acct. No.
Credit Card No.

Exp. Date

Total Packages    Total Weight    Total Declared Value†

$        .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options**    If you require a signature, check Direct or Indirect.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery. Fee applies.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRF