Kenneth B. Shepard,  SBN: 062753
**OFFUTT, SHEPARD & HAVEN**
3600 American River Drive, Ste. 100
Sacramento, CA 95864
Telephone:  (916) 487-7900
Facsimile:  (916) 487-9291

Attorneys for Plaintiffs

STEPHEN WARNER, SHARLET MORRIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WARNER, SHARLET MORRIS, | No.: 1:08-CV-0932 |
| Plaintiffs, vs. | **DISCLOSURE OF EXPERT WITNESSES** |
| MARKET TRANSPORT SERVICES, et MARKET TRANSPORT, LTD, KENNETH PAUL BISHOP and DOES I through XX, inclusive, | _____ |
| Defendants. _____/ | |
| _____/ | |

Pursuant to the Federal Rules of Civil Procedure 26 and this Court's Status (Pre-Trial Scheduling) Order, Plaintiffs STEPHEN WARNER and SHARLET WARNER (plaintiffs') submit the following expert disclosure.  This disclosure represents a good faith effort to identify information that Plaintiffs reasonably believe could be used to support their position at trial.  Plaintiffs reserve the right to supplement, amend, or modify this or any later disclosure based on information learned during the discovery phase of this case or otherwise.

Accordingly, Plaintiffs designate the following persons as a  retained expert witnesses to testify at trial in the above captioned case:

_____
**DISCLOSURE OF EXPERT WITNESSES**          - 1 -

1.      Donald J. Basham, 339 Alpine Drive, Colfax, CA 95713, (530) 389-8250

Mr. Basham is an accident reconstructionist whose qualifications and experience are outlined in his resume, which is attached hereto as Exhibit A.

Mr. Basham has testified at trial and in deposition in the last five years. Mr. Basham will offer opinions on all aspects of and issues relating to accident reconstruction including, but not limited to, directions, speeds, impact speeds, velocities, forces, biomechanics, points of impact, points of rest, vehicle damage, data recorder interpretation as it relates to all issues, crash causation for that automobile crash, cause of death, which is the subject of the instant litigation.

Mr. Basham has agreed to testify at trial and will be sufficiently familiar with the pending action to submit to a meaningful deposition. His hourly fee as is presently known is $300.00 for all services except deposition or trial testimony, which is $350.00.

A report by Mr. Basham is forthcoming and will be provided to defendants.

DATED: March 2, 2009                    **OFFUTT, SHEPARD & HAVEN**


By: /s/ Kenneth B. Shepard
Kenneth B. Shepard
Attorneys for Plaintiffs

---
**DISCLOSURE OF EXPERT WITNESSES**                - 2 -

**PROOF OF SERVICE**

**(CCP Sections 1013, 1013a and 2015.5)**

I am a citizen of the United States and employed in the County of Sacramento. I am over the age of 18 and not a party to the within action. My business address is 3600 American River Drive, Suite 100, Sacramento, California.

On the date set forth below, I served the following documents:

**DISCLOSURE OF EXPERT WITNESSES**

[ X ] **BY MAIL**. By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mailbox at Sacramento, California, addressed as set forth below. I am familiar with the business practice of Shepard & Haven, LLP with regard to collection and processing of documents for mailing with the United States Postal Service. The document(s) described above were sealed and placed for collection and mailing on the date stated below. Pursuant to said business practices, documents are deposited with the United States Postal Service in Sacramento, California, that same day in the ordinary course of business.

[   ] **BY PERSONAL SERVICE**. I have caused such document(s) to be delivered by hand to the office(s) of the person(s) listed below.

[   ] **BY FEDERAL EXPRESS**.

_____
**DISCLOSURE OF EXPERT WITNESSES**

[     ]     **BY FACSIMILE SERVICE**.   I have transmitted such document(s) by facsimile machine to the facsimile number listed below.

Tyrone T. Toczauer                          NOTE: Attachments in original

McElfish Law Firm                           provided to defendants,

1112 North Sherbourne Drive                 however not attached to this

West Hollywood, CA 90069                    document for filing.

310-659-4900

Fax: 310-659-4926


___/s/_____

Shari Anderson

_____
**DISCLOSURE OF EXPERT WITNESSES**