Raymond D. McElfish, Esq. (SBN: 224390)
Tyrone T. Toczauer, Esq. (SBN: 123307)
McELFISH LAW FIRM
1112 North Sherbourne Drive
West Hollywood, California 90069
TEL: (310) 659-4900
FAX: (310) 659-4926
Our File No.: LA28-111
Attorneys for Defendants, MARKET TRANSPORT, LTD.; KENNETH PAUL BISHOP; and MARKET TRANSPORT SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEPHEN WARNER, SHARLET MORRIS, | ) | CASE NO.: 1:08-CV-00932-OWW-GSA |
|---|---|---|
| Plaintiffs, | ) ) ) ) ) | **DISCLOSURE OF EXPERT WITNESSES** |
| vs. | ) ) ) ) ) | |
| MARKET TRANSPORT SERVICES, MARKET TRANSPORT, LTD, KENNETH PAUL BISHOP, and DOES I through XX, Inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to Federal Rules of Civil Procedure 26 and this Court's Status (Pre-Trial Scheduling) Order, Defendants, MARKET TRANSPORT, LTD. and KENNETH

1

PAUL BISHOP, submit the following expert disclosure. This disclosure represents a good faith effort to identify information that Defendants reasonably believes could be used to support their position at trial. Defendants reserve the right to supplement, amend, or modify this or any later disclosure based on information learned during the discovery phase of this case or otherwise.

Accordingly, Defendants designate the following persons as retained expert witnesses to testify at trial in the above-captioned case:

1.    Timothy Long, 27811 Avenue Hopkins, Valencia, California 91355

(661) 257-8189

Mr. Long is an accident reconstructionist whose qualifications and experience are outlined in his resume which is attached hereto as Exhibit A.

Mr. Long has testified at trial and in deposition. Mr. Long will offer opinions on all aspects of and issues relating to the accident reconstruction, including but not limited to, directions, speeds, impact speeds, velocities, forces, biomechanics, points of impact, points of rest, vehicle damage, and other issues as they relate to the subject incident; decedent's actions; and cause of death which is the subject of this litigation.

Mr. Long has agreed to testify at trial and will be sufficiently familiar with the pending action to submit to a meaningful deposition. His hourly fee as is presently known is $325.00 per hour for all services, including deposition and trial testimony.

2

DISCLOSURE OF EXPERT WITNESSES

Defendants further reserve the right to designate further supplemental experts in the area of medical issues and specifically dealing with toxicology, as subpoenaed records from the County of Kern did not include actual toxicology counts on decedent and said information was obtained directly from plaintiffs' counsel while the parties were in Oregon for the depositions of Defendants on February 26 and 27, 2009. An appropriate expert in the area of toxicology is being retained and will be fully prepared to proceed with deposition testimony accordingly. Specific information relative to the expert in question will be provided as soon as such an expert has been retained and agreed to review data regarding the toxicology findings on the decedent.

Dated: March 2, 2009                    MCELFISH LAW FIRM


Raymond D. McElfish, Esq.
Tyrone T. Toczauer, Esq.
Attorneys for Defendants, PAUL
BISHOP; MARKET TRANSPORT,
LTD.; and MARKET TRANSPORT
SERVICES

3

DISCLOSURE OF EXPERT WITNESSES

# EXHIBIT "A"

 **ccident Research and Biomechanics, Inc.**

27811 Avenue Hopkins, Suite #1
Valencia, California 91355
Telephone: (661) 257-8189
Fax: (661) 257-0871

**Timothy J. Long**
**Curriculum Vitae**

## Position:

Senior Research Engineer specializing in accident reconstruction and analysis. Consulting activities include the analysis and reconstruction of automobile, auto-pedestrian, truck, bicycle, auto/truck/pedestrian/bicycle-train and motorcycle collisions. Research activities include occupant kinematics/restraint systems analysis as it relates to accident reconstruction, vehicle component testing, vehicle performance testing, vehicle-vehicle crash testing and software algorithm development for use in vehicle impact analysis.

## Experience:

Senior Research Engineer with the accident reconstruction firm, **Accident Research and Biomechanics, Inc.** from 2007 to present. Currently conducting research and analysis in the field of automobile, auto/truck-pedestrian, truck, bicycle, auto/truck/pedestrian/bicycle-train and motorcycle collisions. In addition with the reconstruction and analysis of the subject accidents, engineering duties include conducting static and dynamic tests to evaluate various aspects of vehicle crash performance and characteristics, evaluation of restraint systems, seat structures performance and collision induced occupant kinematics. Duties also include conducting nighttime and line-of-sight visibility studies for the purpose of analyzing environmental factors involved in the accident reconstruction.

Research Engineer with the accident reconstruction firm, **Collision Research and Analysis, Inc.** from 1995 to 2007. Participated in the analysis, reconstruction, and trial preparation of over eight hundred automobile, auto/truck-pedestrian, truck, bicycle, auto/truck/pedestrian/bicycle-train and motorcycle collisions. Conducted an extensive amount of testing to evaluate various aspects of vehicle performance, restraint system performance, seat structures performance and collision induced occupant kinematics. Also conducted numerous nighttime and line-of-sight visibility studies for the purpose of analyzing environmental factors involved in the accident reconstruction.

Research Engineer with **Lockheed Aeronautical Systems Group-Advanced Development Projects** from 1986 to 1992. Conducted numerous research projects in the development and testing of advanced aircraft structures for various programs including the F-22 Advanced Tactical Fighter and the B-2 Stealth Bomber. Activities involved the testing, analysis and evaluation of both advanced metallic and composite structures under various loading and environmental conditions.

## Education:

Master of Science, Civil Engineering, California State University Los Angeles, 1995

Bachelor of Science, Mechanical Engineering, San Diego State University, 1986

Valley Power Systems
Detroit Diesel Electronic Control - DDEC ("Black Box") Certification Course – DDEC III, IV, V, VI with EGR (DDC Electronic Controls)
Mira Loma, CA – December 2006

University of California – Berkeley
Institute of Transportation Studies
Traffic Signal Design
San Bernardino, CA – May 2000

University of California - San Diego
School of Medicine
Accidental Injury: Biomechanics and Prevention
San Diego, CA - October 1999

Society of Automotive Engineers TOPTEC - "Passenger Car Rollover- Cause and Prevention", San Diego, CA - January 1999

Society of Automotive Engineers Seminar- "Injuries, Anatomy, Biomechanics and Federal Regulation"
Detroit, MI -February 1999

Society of Automotive Engineers Seminar-"Sensor Design for Automobile Air Bag Systems", Detroit, MI - February 1999

Society of Automotive Engineers Seminar- "Automobile Vehicle Dynamics"
Detroit, MI - February 1998

Society of Automotive Engineers Seminar- "Motor Vehicle Accident Reconstruction", Detroit, MI - February 1997

Society of Automotive Engineers Seminar – "Braking Performance of U.S. Heavy Vehicles"
Transportation Research Center, East Liberty, OH – November 1995

## Societies and Honors:

Phi Kappa Phi, National Honor Society
Society of Automotive Engineers (SAE) – Member
American Society of Mechanical Engineers (ASME) – Member
American Society of Civil Engineers (ASCE) – Member
Association for the Advancement of Automotive Medicine (AAAM) – Member
Institute of Transportation Engineers (ITE) – Member

## Publications and Presentations:

Long T.J., Fugger T., Randles B., "Vehicle Performance Characteristics and Seat Belt Effectiveness in Low Speed Vehicles and Golf Cars"
Enhanced Safety of Vehicles Paper 05-0431
2005 19th ESV Conference in Washington D.C. – June 2005


Augenstein J, Arndt M, Arndt S, Banks R, Carter J, Girvan D, Leonard M, Long T, Savage C, Stephens G, Tavakoli M, "Car Crashes and Occupant Injuries: A Team Approach to Crash Investigation"
Association for the Advancement of Automotive Medicine and the University of Miami School of Medicine Seminar , Tempe, AZ – April, 2004


Viano D., Blaisdell D., Warner C., Long T. J., "Role of the Car Seat in Rear Crash Safety"
Society of Automotive Engineers Seminar
2003 SAE International Congress and Exposition, Detroit, MI – March 2003


Stephens G., Long T.J., Blaisdell D., "Energy Analysis of Automotive Seat Systems"
Society of Automotive Engineers Paper 2000-01-1380
2000 SAE International Congress and Exposition in Detroit, MI – March 2000
Published in book released by SAE titled "Biomechanics Research", SP-1494 and "SAE Transactions – Journal of the Passenger Car - Mechanical Systems", 2000.


Long T. J., "Introduction of the Barrier Equivalent Time (BET) Methodology in the Analysis of Delta-V"
Society of Automotive Engineers Paper 2000-01-0462
2000 SAE International Congress and Exposition, Detroit, MI – March 2000
Published in book released by SAE titled "Accident Reconstruction: Analysis, Simulation and Visualization", SP-1491.


Long T. J., "A Validation Study for the Force Balance Method in Determination of Stiffness Coefficients"
Society of Automotive Engineers Paper 1999-01-0079
1999 SAE International Congress and Exposition, Detroit, MI – February 1999
Published in book released by SAE titled "Advances in Safety Technology ", SP-1433.

## TIMOTHY J. LONG
## FEE SCHEDULE

Case Review............................................................$235.00 per hr.

Travel Time...........................................................$235.00 per hr.

Deposition Testimony*...............................................$325.00 per hr.

Trial Testimony**...................................................$325.00 per hr.

Associate Engineer..................................................$160.00 per hr.

Research Engineer...................................................$140.00 per hr.

Technician..........................................................$120.00 per hr.

Administration......................................................$ 90.00 per hr.

Mileage.............................................................$  0.50 per mi

Photographs......................................................... $1.00 per photo

Opening Fee***......................................................$250.00 per case

*Deposition charges begin at the time the deposition is noticed and end
when the expert has been excused.  This includes waiting time after the
deposition has been concluded if the expert must wait for copying,
check preparation, etc. The attorney noticing the deposition is expected
to either present a check covering the expected time of the deposition,
or to make arrangements for payment of the expert at the beginning of
the deposition.
**Trial charges begin when the expert arrives at court and end when the
expert leaves court.
Other expenses charged at the same cost incurred by ARB , Inc. (i.e. Aerial
Photographs, parking)
***An initial opening fee of $250 to be charged on all case files.

*C:\My Documents\word docs\2006\FEES\tjl.ltr*

PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California in the offices of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action; my business address is 1112 North Sherbourne Drive; West Hollywood, California 90069. On the given date, I served the following documents:

**DISCLOSURE OF EXPERT WITNESSES**

on the interested parties through their attorneys of record by placing true and correct copies thereof addressed as shown below:

Kenneth B. Shepard, Esq.
Offutt, Shepard and Haven
P.O. Box 255606
Sacramento, CA 95865
Tel: (916) 487-7900
Fax: (916) 487-9291
**Attorneys for Plaintiffs**

(X)   BY FIRST CLASS MAIL (C.C.P. §§ 1013a, et seq.):   I caused said document(s) to be deposited in the United States Mail in a sealed envelope with postage fully prepaid at West Hollywood, California, following ordinary practice at my place of business of collection and processing of mail on the same day as shown on this declaration.

(X)   (BY FEDERAL) I am employed in the offices of a member of the Bar of this Court at whose directions this service was made.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on March 5, 2009, at West Hollywood, CA.

_____/s/ Roselle Bloodsaw_____
Roselle Bloodsaw