Raymond D. McElfish, Esq. (SBN: 224390)
Tyrone T. Toczauer, Esq. (SBN:  123307)
McELFISH LAW FIRM
1112 North Sherbourne Drive
West Hollywood, California 90069
TEL: (310) 659-4900
FAX: (310) 659-4926
Our File No.: LA28-111
Attorneys for Defendants, MARKET TRANSPORT, LTD.; KENNETH PAUL BISHOP; and MARKET TRANSPORT SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WARNER, SHARLET MORRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>MARKET TRANSPORT SERVICES, MARKET TRANSPORT, LTD, KENNETH PAUL BISHOP, and DOES I through XX, Inclusive,<br><br>Defendants. | CASE NO.:  1:08-CV-00932-OWW-GSA<br>[Hon. Judge Gary S. Austin]<br><br>**DEFENDANTS' SETTLEMENT CONFERENCE BRIEF**<br><br>Date:        May 20, 2009<br>Time:        10:30 a.m.<br>Courtroom.:   10 |

Defendants submit their brief in furtherance of the Settlement Conference scheduled in this matter.

1

**DEFENDANTS' SETTLEMENT CONFERENCE BRIEF**

## ATTORNEYS/REPRESENTATION

Plaintiffs, Stephen Warner and
Sharlet Morris

Kenneth B. Shepard, Esq.
Offutt, Shepard and Haven
P.O. Box 255606
Sacramento, CA 95865


Defendants, Market Transport ,Ltd.;
Kenneth Paul Bishop;
and Market Transport Services

Tyrone Toczauer, Esq
McElfish Law Firm
1112 N. Sherbourne Drive
West Hollywood, CA 90266


## CASE FACTS

This case arises out of a truck versus pedestrian collision that occurred on October 20, 2007 at approximately 4:15 a.m., on the northbound Interstate 5 Freeway in or around Kettleman City, California.  Defendant, Bishop was driving a 2007 freightliner owned by defendant, Market Transport, Ltd.  Decedent, Robert Warner, was on the eastbound shoulder prior to the actual collision and issues have arisen as to the actual mechanics involved in the contact between decedent and defendants truck.

## PLAINTIFF'S CONTENTION

Plaintiffs in this lawsuit are decedent's mother and father.  They were not involved in, nor were they present at the time of the accident.  They are making a claim for damages as a result of the loss of their son.

Plaintiffs allege that defendants negligently operated and/or entrusted their big rig, which negligence caused the death of decedent.

**DEFENDANTS' SETTLEMENT CONFERENCE BRIEF**

## <u>DEFENSE CONTENTION</u>

Defendants vigorously dispute any liability whatsoever in connection with the decedent's death.

Defendants contend that defendant Bishop was at all times driving his big rig northbound on Interstate 5 in a lawful/legal manner and was obeying all applicable traffic rules and laws, before, during and at the time of the collision with decedent.

Defendants submit that it was in fact decedent who for unknown reasons ran into the number two lane in which defendant Bishop was traveling and collided with the big rig being driven by defendant Bishop and owned by defendant Market Transport. Because decedent died at the point of impact or immediately thereafter, no information as to why decedent ran in front of/into defendant's vehicle are available. However, post mortem testing and toxicology findings on the decedent revealed traces of methamphetamines, amphetamines, and trace amounts of cocaine in the decedent's system. Additionally, investigations conducted by law enforcement for the County of Kern have revealed erratic behavior on the part of decedent just prior to the subject accident. Third party witnesses to decedent's behavior reveal behavior by decedent which is consistent with an individual who was under the influence of narcotics and/or illegal drugs.

Defendants submit that the tragic event which took place on October 20, 2007 is

**DEFENDANTS' SETTLEMENT CONFERENCE BRIEF**

the sole result of actions by decedent and accordingly, plaintiffs are not entitled to any compensation from these defendants.

Respectfully submitted,

Dated:  May 14, 2009                    MCELFISH LAW FIRM

Raymond D. McElfish, Esq.
Tyrone T. Toczauer, Esq.
Attorneys for Defendants, KENNETH
PAUL BISHOP; MARKET TRANSPORT,
LTD.; and MARKET TRANSPORT
SERVICES

**DEFENDANTS' SETTLEMENT CONFERENCE BRIEF**

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California in the offices of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action; my business address is 1112 North Sherbourne Drive; West Hollywood, California 90069. On the given date, I served the following documents:

**DEFENDANTS' SETTLEMENT CONFERENCE BRIEF**

on the interested parties through their attorneys of record by placing true and correct copies thereof addressed as shown below:

Kenneth B. Shepard, Esq.
Offutt, Shepard and Haven
P.O. Box 255606
Sacramento, CA 95865
Tel: (916) 487-7900
Fax: (916) 487-9291
**Attorneys for Plaintiffs**

(X)   BY FIRST CLASS MAIL (C.C.P. §§ 1013a, et seq.):   I caused said document(s) to be deposited in the United States Mail in a sealed envelope with postage fully prepaid at West Hollywood, California, following ordinary practice at my place of business of collection and processing of mail on the same day as shown on this declaration.

(X)   (BY FEDERAL) I am employed in the offices of a member of the Bar of this Court at whose directions this service was made.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on May 14, 2009, at West Hollywood, CA.

_____/s/ Roselle Bloodsaw_____
Roselle Bloodsaw