FILED
AUG 25 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  Kenneth B. Shepard
   State Bar No. 062753
2  **OFFUTT, SHEPARD & HAVEN**
   P.O. Box 255606
3  Sacramento, CA 95865
   (916) 487-7900
4  (916) 487-9291 (fax)

5  Attorneys for Plaintiffs
   STEPHEN WARNER, SHARLET MORRIS
6

7

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
9

10 STEVEN WERNER, SHARLET MORRIS,        CASE NO. 108-CV-00932-OWW-GSA

11         Plaintiffs,                   STIPULATION AND ORDER TO
   vs.                                   DISMISS ACTION WITH PREJUDICE
12
   MARKET TRANSPORT SERVICES, et
13 al., MARKET TRANSPORT, LTD.,
   KENNETH PAUL BISHOP and DOES I
14 through XX, inclusive,

15         Defendants.
                                    /
16

17     This matter has been settled in its entirety to the

18 satisfaction of all parties,

19     Plaintiffs STEVE WERNER and SHARLET MORRIS and defendants

20 MARKET TRANSPORT SERVICES, MARKET TRANSPORT, LTD., and KENNETH

21 PAUL BISHOP hereby agree that this action should be dismissed in

22 its entirety with prejudice with each party to bear his/her/its

23 own costs and attorney's fees.

24 FILER'S ATTESTATION:

25     Pursuant to Local Rule 7-131, section (3) regarding

26 signatures, I attest under penalty of perjury that the

27 concurrence in the filing of this document has been obtained from

28 its signatories.

-1-

STIPULATION AND ORDER TO DISMISSAL ACTION WITH PREJUDICE

1
2  DATED: August 20, 2009
3  SHEPARD AND HAVEN, LLP
4
5  /s/ KENNETH B. SHEPARD
6  _____
   Kenneth B. Shepard
7  Attorneys for Plaintiffs
   STEVEN WERNER and
8  SHARLET MORRIS
9  DATED: August 20, 2009
10 McELFISH LAW FIRM
11
   /s/ TYRONE T. TOCZAUER
12 _____
   TYRONE T. TOCZAUER
13 Attorneys for Defendant
   MARKET TRANSPORT SERVICES,
14 MARKET TRANSPORT, LTD.
   and KENNETH PAUL BISHOP
15
16
                                **ORDER**
17
18 **IT IS SO ORDERED.**
19 DATED: _8-25-_, 2009
20
21 _____
   OLIVER W. WANGER
22 UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

-2-
STIPULATION AND ORDER TO DISMISSAL ACTION WITH PREJUDICE